AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Antonio Crawford
*Plaintiff(s)*

v.

Chris Hunt
*Defendant(s)*
(see Attachment A additional Defendant

Civil Action No. 8:15-cv-01362-MGL-JDA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Chris Hunt
Kershaw Correctional Institution
4848 Goldmine Hwy
Kershaw SC 29067

E. Bettinger
Kershaw Correctional Institution
4848 Goldmine Hwy
Kershaw Sc 29067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Antonio Crawford 326526
Kershaw Correctional Institution
4848 Goldmine Hwy
Kershaw SC 29067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/Larry W. Propes
Clerk
Date: April 16, 2015

Deputy Clerk

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

*CLERK OF COURT*
Date:

s/ G. K. Prescott, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

(Attachment A)

Defendant: E. Bettinger "DHO" Disciplinary Hearing officer

Address: Kershaw Correctional Institution
4848 Goldmine Hwy
Kershaw SC 29067

LEGAL