**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antonio Crawford | 8:15-CV-1362 |
| DEFENDANT | TYPE OF PROCESS |
| E. Bittinger | Civil Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
E. Bittinger DHO officer for Kershaw Corr. Inst
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4848 Goldmine Hwy Kershaw SC 29067

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Antonio Crawford 326526 0A-64
Kershaw Corr. Inst
4848 Goldmine Hwy
Kershaw SC 29067

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Check between 9:00AM & 3:30pm monday-friday

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER    DATE 1/28/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk B Brown | Date 4-22-15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Sarah Holley Admin. Asst.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 5-5-15    Time 930 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee $65.00 | Total Mileage Charges including endeavors See J-1 | Forwarding Fee | Total Charges $65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 5/5/15 1st ENDV - SCDC -
1 hr @ $65.00 = $65.00

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct
Bruce Strickland

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED 2015 APR 22 AM 11:31
UNITED STATES MARSHALS
COLUMBIA, SC

| | |
|---|---|
| PLAINTIFF: Antonio Crawford | COURT CASE NUMBER: 8:15 CV 01362 |
| DEFENDANT: Chris Hunt | TYPE OF PROCESS: Civil Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Chris Hunt, South Carolina Dept. Of Corrections
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 4848 Gold Mine Highway, Kershaw, South Carolina 29067

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Antonio Crawford #6526 GA-04
Kershaw Correctional Institution
4848 Gold Mine Highway
Kershaw, S.C. 29067

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
SGT. of Contraband. 5'6 black m.1" 7:AM - 4:00pm

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 1/28/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk: B Brown | Date: 4-22-15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Sarah Holley, Admin. Asst.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 5-05-15    Time: 930 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $1.28 | | $66.28 | | $0.00 |

REMARKS: 5/15/15 1st EDV SCDC -
1 hr @ $65.00 = $65.00
20 miles @ .575 = $11.50 ÷ 9 cases = $1.28

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct
Brenda Strickland

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13