IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Antonio Crawford #326526,              )        C/A No. 8:15-1362-MGL-JDA
                                       )
                    Plaintiff,         )
                                       )            **ORDER**
vs.                                    )
                                       )
Chris Hunt;                            )
E. Bettinger, DHO Officer,             )
*in their individual or personal capacity,*  )
                                       )
                    Defendants.        )
_____)

This is a civil action filed by a state prisoner. This matter is before the Court because Plaintiff added three additional defendants per his Amended Complaint—Tony Smith, Tracy Simms, and David Craig, III. [Doc. 23.] By Order filed May 29, 2015, this Court permitted Plaintiff to file the Amended Complaint because, pursuant to Fed. R. Civ. P. 15, he was entitled to amend without leave of court. [Doc. 22.] In order to give liberal construction to the pleadings, the Complaint shall be incorporated into and linked as an attachment to the Amended Complaint. **Thus, the Clerk of Court will be directed to link the Complaint [Doc. 1] as an attachment to the Amended Complaint. [Doc. 23.]**

Plaintiff properly submitted a proposed Form USM-285 for each of the three new defendants. However, he did not submit a proposed summons. Therefore, as explained below, Plaintiff will be given additional days to submit the required service document.

**TO PLAINTIFF**:

This case is not in proper form for service at this time on the three newly added defendants. **If Plaintiff does not bring this case into proper form within the time permitted by this Order, those defendants may be dismissed for failure to prosecute and failure to comply with an order of this Court under Rule 41 of the Federal Rules of Civil Procedure.**

Under General Order *In Re: Procedures in Civil Actions Filed by Prisoner Pro Se Litigants*, No. 3:07-mc-5014-JFA (D.S.C. Sept. 18, 2007), the undersigned is giving Plaintiff *twenty-one (21) days* from the date this Order is entered (plus three days for mail time) to:

1) Complete one summons form which lists the three newly added Defendants named in this matter. In the space following "TO: (Defendant's name and address)," Plaintiff is required to provide a complete name and a full address where Defendants can be served pursuant to Rule 4 of the

Federal Rules of Civil Procedure.  Plaintiff's complete name and full address must be provided in the blank section following "plaintiff or plaintiff's attorney, whose name and address are."  Handwritten information must be printed and legible.  **Nothing else should be written by Plaintiff on either the front or back of the summons or in the margins**.  If it is necessary to list additional Defendants whose names and street addresses do not fit in the space on the summons form preceded by "TO:  (Name and address of Defendant)," Plaintiff must attach an additional page of letter-sized (8½ inches by 11 inches) paper listing additional Defendants and service addresses.  Blank forms are attached for Plaintiff's use.

**No process shall issue for the newly added defendants until the items specified above have been reviewed by the assigned Magistrate Judge.**

<u>**TO THE CLERK OF COURT**</u>:

**The Clerk of Court is directed to link the Complaint [Doc. 1] as an attachment to the Amended Complaint. [Doc. 23.]**

The Clerk of Court shall mail a copy of this Order and the proper form documents to Plaintiff.  If Plaintiff fails to provide the items specified above to the Clerk of Court within the period prescribed in this Order, the Clerk of Court shall forward the file to the assigned United States District Judge to determine whether to enter an order of dismissal.  *See In Re: Procedures in Civil Actions Filed by Prisoner Pro Se Litigants*, No. 3:07-mc-5014-JFA. If, however, Plaintiff provides this Court with the items specified above, the Clerk of Court should forward the file to the assigned Magistrate Judge to determine if service of process should be authorized.

**IT IS SO ORDERED**.

s/Jacquelyn D. Austin
United States Magistrate Judge

June 2, 2015
Greenville, South Carolina

2