IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

TO:         Antonio Crawford

FROM:       Clerk's Office

RE:         Crawford v. Hunt et al - 8:15-cv-01362-MGL-JDA

DATE:       June 3 2015

      Pursuant to Rule 5, Federal Rules of Civil Procedures, we have **NOT FILED** your request for documents and are returning it to you:

■     Discovery request being returned to your custody pursuant to Local Civil Rule 5.01.

Such requests should be served on opposing counsel and **NOT FILED** with the court.

Do not send copies of discovery requests or responses to the court for filing or for information unless:

(1) you are directed by the court to do so or

(2) you are filing the discovery document in support of or in opposition to a motion.

      (taken from Pro Se Guide to Federal Court)

enclosures

Revised  March 19, 2003