IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Antonio Crawford #326526,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Chris Hunt, E. Bittinger, DHO Officer,  )<br>Tony Smith "Captain," Tracy Simms  )<br>"Contraband Officer," and Sgt. David  )<br>Craig, *In their individual or personal*  )<br>*capacites,*  )<br>  )<br>    Defendants.  ) | Civil Action No. 8:15-1362-MGL-JDA<br><br>**DEFENDANTS HUNT AND BITTINGER'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

**TO: ANTONIO CRAWFORD (SCDC NO. 326526), PLAINTIFF *PRO SE*:**

This matter comes before the Court on United States Magistrate Judge Jacquelyn D. Austin's Order, filed on April 14, 2015 (Docket Entry # 11) noting that dispositive motions are due forty-five (45) days after an Answer for a particular Defendant has been filed. To date, two Defendants, Hunt and Bittenger, have filed an Answers to the Plaintiff's Complaint (Docket Entry #17) and the Amended Complaint (Docket Entry #30). As such, the dispositive motions deadline for Defendants Rowe and Garvin is June 27, 2015. Upon information and belief, the Plaintiff has not yet served the Defendants Tony Smith, Tracy Simms, and David Craig, who were added with his Amended Complaint filed on May 29, 2015. (See Docket Entry #23.)

Due to the fact that discovery is currently underway, as well as the impact of adding new Defendants which will necessitate the need for additional discovery Defendants Hunt and Bittenger respectfully request an additional ninety (90) days or until September 25, 2015 to file dispositive motions for the Defendants.

[Signature Page to Follow]

Respectfully submitted this the 11$^h$ day of June, 2015.

        **RICHARDSON, PLOWDEN & ROBINSON, P.A.**

        /s Caleb Martin Riser
        Drew Hamilton Butler (Federal I.D. No. 8083)
        Caleb Martin Riser (Federal I.D. No. 10666)
        Post Office Drawer 7788
        Columbia, South Carolina 29202
        (803) 771-4400
        **Attorney for Defendants Hunt and Bittenger**

## CERTIFICATE OF SERVICE

I, Caleb Martin Riser, the undersigned employee of Richardson Plowden & Robinson, P.A., attorneys for Defendants Hunt and Bittenger do hereby certify that I have served **Defendants Hunt and Bittenger's Motion for Extension of Time**, in the above-referenced captioned case, by causing a copy of the same to be personally deposited in a United States Postal Service mail box, postage prepaid, with the return address clearly visible, addressed to the Pro Se Plaintiff as indicated below on June 11, 2015.

        Antonio Crawford (SCDC 326526)
        Kershaw Correctional Institution
        4848 Goldmine Highway
        Kershaw, SC 29067

    /s Caleb Martin Riser
    Caleb Martin Riser