AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Antonio Crawford #326526
_____
Plaintiff
v.                                    Civil Action No. 8:15-cv-01362-MGL-JDA

Capt. Tony Smith, Contraband ofc. Tracy Sims, SGT David Craig
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: Capt. Tony Smith, Contraband ofc, Tracy Sims, SGT David Craig
Kershaw Corr. Inst
4848 Goldmine Hwy
Kershaw SC 29067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Antonio Crawford #326526
Kershaw Corr. Inst 06-12
4848 Goldmine Hwy
Kershaw SC 29067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  June 17, 2015                    s/G. Prescott, Deputy Clerk
                                        _____
                                        Signature of Clerk or Deputy Clerk